UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 1 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

CHAD T. HARRIS and HOLLY
E. ACUFF, formerly known
as Holly Harris

    Plaintiffs

V.

CITIMORTGAGE, INC,

    Defendant

Civil No. 3:06 CV00038GTE

## JUDGMENT

After consideration of the pleadings, arguments of counsel, and other matters, the Court, pursuant to its Order entered September 21, 2006, makes the following findings:

1. The Court finds the property description contained in the Mortgage executed January 26, 2004, by Chad and Holly Harris in favor of Citimortgage, Inc. is interpreted and declared to be construed as encumbering Lots 5 and 6, Clubview Estates to the City of Paragould, Arkansas, as shown in plat recorded in Plat A, Page 20 B of the Plat Records of Greene County, Arkansas, effective the date of execution of the Mortgage.

2. The Court finds the non-judicial foreclosure proceedings which resulted in the Mortgagee's Deed filed on November 17, 2005, as Document No. 200510543 is interpreted as foreclosing the property described in paragraph one herein and the Mortgagee's Deed is valid in all respects to same. Therefore, the

Mortgagee's Deed properly vested title in Lots 5 and 6, Clubview Estates Subdivision to the City of Paragould, Arkansas, to the purchaser of the sale and the Grantee named in the Deed, Citimortgage, Inc.

3. This Judgment may be entered in the Real Estate Records of Greene County, Arkansas.

IT IS SO ORDERED.

_____
Judge G. Thomas Eisele
United States District Judge

_October 30, 2006_
Date

Approved as to form:

_____
Marian M. McMullan
The McMullan Law Firm
P. O. Box 2839
Little Rock, AR 72203-2839
*Attorney for Defendant*

_____
Robert F. Thompson, III, Esq.
Branch, Thompson, Philhours, & Warpath, P.A.
414 West Court Street
Paragould, AR 72450
*Attorney for Plaintiffs*